UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHELE M. DiGIORGI

          v.                    CA No. 04-209-T

JO ANNE B. BARNHART, Commissioner,
Social Security Administration

### ORDER OF REMAND

The Commissioner's Motion to Affirm (Document No. 8) is hereby DENIED and the Plaintiff's Motion for Remand (Document No. 7) is hereby GRANTED.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Jones
Ernest C. Torres
Chief Judge

Date: September 22, 2005